## STANTON v. STATE.

No. 18792.

Court of Criminal Appeals of Texas.

Feb. 3, 1937.

Kyle Vick, of Waco, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to rob is the offense; penalty assessed at confinement in the penitentiary for ten years.

The record is before us without statement of facts or bills of exception.

No error has been perceived or pointed out.

The judgment is affirmed.